DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MELISSA TWEED,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2947

_____

February 18, 2026

Appeal from the Circuit Court for Pinellas County; Brett Jacob
Szematowicz, Judge.

Blair Allen, Public Defender, and Caroline Joan S. Picart, Assistant
Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.

MORRIS, Judge.

Melissa Tweed appeals the revocation of her probation for driving
under the influence and her sentence of 180 days in jail. We affirm the
revocation of probation but remand for the trial court to amend the order
of revocation to reflect the conditions violated. *See Vidana v. State*, 313
So. 3d 206, 206 (Fla. 2d DCA 2021). We dismiss the appeal of Tweed's
sentence because the sentence has been fully served and the appeal of

her sentence is now moot. *See Redmond v. State,* 422 So. 3d 660, 661 (Fla. 2d DCA 2025).

Affirmed in part; dismissed in part; remanded with instructions.

NORTHCUTT and KHOUZAM, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.